**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 96-50346
_____


UNITED STATES OF AMERICA,

                    Plaintiff-Appellee,

versus


FORREST IVY SEALE,

                    Defendant-Appellant.


Appeal from the United States District Court
For the Western District of Texas
(SA-94-CR-412)

May 29, 1997

Before JOLLY, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    We have reviewed the briefs of the parties, the record, and have considered the arguments of counsel. We find the evidence sufficient to support a finding of guilt beyond a reasonable doubt.

    AFFIRMED.

---

    [*]    Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.